McPHARLIN SPRINKLES & THOMAS LLP
ANNE C. STROMBERG, Bar #151740
PAUL S. AVILLA, Bar #120458
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

RECEIVED
07 MAR -9 PM 12: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendants
HALLMARK PAINTING, INC. and
JOHN APPLEGATE

E-Filing

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTO MALDANADO, JOSE M. REVERA, AURELIO MESA,<br><br>Plaintiffs,<br><br>v.<br><br>HALLMARK PAINTING, INC., JOHN APPLEGATE, and DOES 1 through 10,<br><br>Defendants. | No.   C06 07782 MMC<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Hon. Maxine M. Chesney |

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Initial Case Management Conference in the above-captioned action originally set for March 30, 2007, shall be, and hereby is continued to June 1, 2007 at 10:30 a.m. before the Honorable Maxine M. Chesney in Courtroom 7 of the United States District Court.

DATED: **MAR 13 2007**

_____
HON. MAXINE M. CHESNEY

---

1

[Proposed] Order Continuing Initial Case Management Conference