IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MALDONADO, et al., | No. C-06-7782 MMC |
| Plaintiffs, | **ORDER STRIKING PLAINTIFFS' MOTION FOR LEAVE TO AMEND** |
| v. | |
| HALLMARK PAINTING, INC., et al., | |
| Defendants / | |

    The Court's review of the docket indicates that, on September 7, 2007, plaintiffs electronically filed a "Motion and Notice of Motion for Leave to Amend the Complaint Pursuant to FRCP 15(a)."

    Both the Court's Standing Orders and General Order No. 45, Section VI.G., require that, in addition to filing papers electronically, the parties are required to provide for use in chambers a paper copy of each document that is electronically filed, and to provide such paper copy no later than noon on the business day following the day the document is filed electronically.  As of today's date, the Court has not received a chambers copy of the above-described filing.  Accordingly, plaintiffs are in violation on both the Court's Standing Orders and General Order No. 45.

    The Court has previously advised plaintiffs of their obligation to provide chambers copies and that future failures to comply may result in sanctions, including the striking of

documents for which the Court is not provided a chambers copy.  (See Order, filed February 20, 2007.)  Further, at the Case Management Conference conducted June 1, 2007, the Court advised plaintiffs, in light of their having failed to provide a chambers copy of the Joint Case Management Statement filed May 29, 2007, of their obligation to provide chambers copies.  Such reminders have, unfortunately, had little effect on compelling compliance.

Accordingly, the Court hereby STRIKES plaintiffs' motion for leave to amend, as a sanction for plaintiffs' failure to comply with the requirement, set forth in both this Court's Standing Orders and in General Order No. 45, to provide chambers copies.[1]  The motion is stricken without prejudice to plaintiffs' re-filing the document electronically and timely providing chambers with a paper copy thereof.

**IT IS SO ORDERED.**

Dated:  September 14, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] The hearing noticed for October 12, 2007 is VACATED.

2