United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ROBERTO MALDONADO, et al.,                No. C 06-7782 MMC

12          Plaintiffs,                       **ORDER OF DISMISSAL**

13    v.

14  HALLMARK PAINTING, INC., et al.,

15          Defendants
                                         /
16

17        The parties having advised the Court that they have agreed to a settlement of the

18  above-titled action,

19        IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice;

20  provided, however, that if any party hereto shall certify to this Court, within ninety days, with

21  proof of service of a copy thereon on opposing counsel, that the agreed consideration for

22  the settlement has not been delivered, the foregoing order shall stand vacated and the

23  action shall forthwith be restored to the calendar to be set for trial.

24        **IT IS SO ORDERED.**

25

26  Dated: October 2, 2007

27                                        MAXINE M. CHESNEY
                                          United States District Judge

28